SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
MELANIE DELAPAZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE DELAPAZ,<br><br>            Plaintiff,<br><br>    vs.<br><br>MARIA HERRERA D/B/A BOTANICA SAN JUDAS TADEO; CARLOS ALBERTO BARRANTES PROPERTIES, LLC; and DOES 1 to 10,<br><br>            Defendants. | **Case No.: 2:25-cv-00596-SK**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MELANIE DELAPAZ ("Plaintiff") and Defendant MARIA HERRERA D/B/A BOTANICA SAN JUDAS TADEO stipulate that this Court dismiss the above-captioned action in its entirety.  Each party shall bear his/her/its own costs and attorneys' fees.

\\
\\
\\
\\

1

2                                    Respectfully submitted,

3

4   DATED:  October 13, 2025              SO. CAL. EQUAL ACCESS GROUP

5

6                              By:    /s/  Jason J. Kim
                                      _____
7                                     Jason J. Kim
                                      Attorneys for Plaintiff
8

9   DATED:  October 13, 2025

10

11                             By:    /s/ Maria Herrera
                                      _____
12                                    MARIA HERRERA D/B/A BOTANICA
                                      SAN JUDAS TADEO, as in pro se
13

14

15              **<u>Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)</u>**
                Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all
16
    signatories listed, and on whose behalf the filing is submitted, concur in the filing's
17
    content and have authorized the filing.
18

19  Dated:  October 13, 2025          By:  /s/ Jason J. Kim
                                           _____
20                                         Jason J. Kim

21

22

23

24

25

26

27

28

                                        -2-
                                                    STIPULATION FOR DISMISSAL

PROOF OF SERVICE

I, Ricardo Torres, am a resident of the United States and of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my address is

101 S. Western Avenue
Second Floor
Los Angeles, California 90004

On October 13, 2025, I served the foregoing document by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

Maria Herrera
115 W Arbor Vitae St
Inglewood CA 90301

DOCUMENT(S): **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

(X)     BY U.S. POSTAL MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

( )     BY PERSONAL SERVICE: I delivered a true copy of the foregoing document(s) in a sealed envelope by hand to the above addressee(s).

( )     BY FACSIMILE: I caused said document(s) to be transmitted by facsimile to the address(es) set forth above during normal business hours. Said transmission was verified as complete and without error.

( )     BY OVERNIGHT DELIVERY / FEDEX EXPRESS: I caused said envelope(s) to be sent overnight delivery by FedEx Express to the address(es) set forth above.

( )     BY ELECTRONIC MAIL: I transmitted the foregoing document by electronic mail to the email address(es) set forth above during normal business hours. Said transmission was verified as complete and without error.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on October 13, 2025, at Los Angeles, California.

_____

-2-

STIPULATION FOR DISMISSAL